UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE SYMMONDS,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                Defendant. | CASE NO. C15-5535 BHS-DWC<br><br>ORDER DENYING MOTION |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Currently pending in this action is Plaintiff's Motion On Case of Discovery to be Heard by Court ("Motion"). Dkt. 23. After a review of the Motion and relevant record, Defendant's response (Dkt. 24) and Plaintiff's reply (Dkt. 25), Plaintiff's Motion is denied.

**BACKGROUND**

Plaintiff Wayne Symmonds is a Washington State inmate who has filed a 42 U.S.C.§ 1983 civil rights case over Defendant's confiscation of nine pre-franked envelopes from Plaintiff when Plaintiff failed to put his name on the envelopes as required by prison policy. Dkt. 1.

1  Defendant has answered Plaintiff's complaint and the Court issued a Scheduling Order on
2  December 3, 2015 (Dkt. 18) setting a discovery deadline of June 3, 2016 and a dispositive
3  motion filing deadline of July 3, 2016.

**DISCUSSION**

Plaintiff requests the Court "put this case of discovery to be heard by Judge on this case." Dkt. 23, p. 1. It is unclear the relief Plaintiff seeks in his Motion, but it appears Plaintiff is seeking a hearing on a discovery matter or on the merits of his case. *See* Dkt. 22, 23, 25. Therefore, the Court will interpret this Motion as a motion for a hearing. *See* Dkt. 23.

At this time, the Court does not find a hearing necessary. Defendants assert Plaintiff has not served any discovery requests at this time. Dkt. 24. Thus, it appears there are no discovery related matters which require a hearing. At the time Plaintiff filed the Motion, the discovery period was still pending. Dkt. 18. Further, the dispositive motions deadline does not expire until July 3, 2016. Dkt. 18. Therefore, any hearing (such as a trial) on the merits of Plaintiff's case is premature.

The Court notes Plaintiff may file a written motion with the Court to resolve any discovery disputes or to re-open the discovery period. Plaintiff may also file a motion for summary judgment on or before July 3, 2016 seeking judgment on the merits of his Amended Complaint.

As Plaintiff has not shown a hearing is necessary at this time, Plaintiff's Motion is denied without prejudice.

Dated this 17th day of June, 2016.

David W. Christel
United States Magistrate Judge